1

JUDGE FRANKLIN D. BURGESS

2

3

4
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5
AT TACOMA

6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 07-05182 FDB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION TO |
| v. | ) | CONTINUE SENTENCING HEARING |
| | ) | |
| TAYLOR J. REED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ——————————————— | ) | |

13

14        This matter having come before the Court on the defendant's motion to continue

15    the sentencing hearing, the Court having reviewed the records and files herein,  it is

16    now, therefore,

17        ORDERED that:

18        The defendant's request to continue the sentencing hearing is GRANTED and the

19    sentencing hearing is continued to September 14, 2007.

20        DONE this 7th day of June, 2007.

21

22

23    _____

24    FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

25

26

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE SENTENCING HEARING
(*Taylor Reed*; #CR07-05182-FDB) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1

2

3

4

5

6

Presented by:

7

s/   Timothy R. Lohraff

8   WSBA  # 32145
Attorney for Taylor J. Reed

9   Federal Public Defender's Office
1601 Fifth Avenue, Suite 700

10  Seattle, WA    98101
Phone:   (206) 553-1100

11  Fax:       (206) 553-0120
tim_lohraff@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING MOTION
TO CONTINUE SENTENCING HEARING
(*Taylor Reed*; #CR07-05182-FDB) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**